UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 21-08666-GW (RAO)  Date: June 6, 2022
Title: Jose D. Susana v. DHS ICE et al.

---

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION**

On April 8, 2022, the Court issued an order directing Petitioner to confirm his current custody location and that Petitioner, himself, is bringing this habeas action. The court's April 8 Order directed Petitioner to respond by May 9, 2022. Petitioner did not respond to the court's order. Almost one month has passed since the May 9 deadline.

In light of the foregoing, **IT IS ORDERED** that Petitioner must show cause, in writing, on or before **July 5, 2022**, why this case should not be dismissed for failure to prosecute and comply with Court orders. **Plaintiff's failure to timely respond to this Order will result in a recommendation that this case be dismissed**.

**IT IS SO ORDERED.**

:
Initials of Preparer   dl