UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE D. SUSANA,

               Petitioner,

    v.

DHS ICE, et al.,

               Respondents.

Case No. CV 21-08666 GW (RAO)

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability.

DATED:  July 28, 2022

_____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE